DRAKE v. KOCHERSPERGER. Error to the Supreme Court of the
State of Illinois. No. 425.

MR. JUSTICE MCKENNA: The judgment of the Supreme Court
of the State was not final, and the writ of error must be

*Dismissed.*

SAWYER v. KOCHERSPERGER. Error to the Circuit Court of the
United States for the District of Illinois. No. 463.

MR. JUSTICE MCKENNA: This was a petition by Kochersperger,
as county treasurer and collector of Cook County, Illinois, filed
in the County Court of that county, against Elizabeth E. Sawyer
and others seeking the collection of certain taxes. The case was
removed into the Circuit Court of the United States, but improvi-
dently, as it falls within the rule laid down in *Tennessee* v. *Banks,*
152 U. S. 454, notwithstanding the petition stated that defend-
ants declined to pay on the ground that the law imposing the taxes
was in violation of the Constitution of the United States.

*Decree reversed, and cause remanded to the Circuit Court with a
direction to remand the case to the County Court of Cook County,
the costs of this court and of the Circuit Court to be paid by plain-
tiffs in error.*

These two cases were argued with No. 464.